John M. Agnello, Esq.
Melissa E. Flax, Esq.
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
*Attorneys for Defendant, Feed The Children, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| 1101 CRNB, LLC, a New Jersey Limited Liability Company, | : : : : | Docket No. 3:10-cv-02811 (FLW/TJB) |
| Plaintiff, | : : : | |
| v. | : : : | **DECLARATION OF JOHN M. AGNELLO IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |
| FEED THE CHILDREN, INC., an Oklahoma Not for Profit Corporation, | : : : : | |
| Defendant. | : : | |

I, JOHN M. AGNELLO, of full age, upon his oath declares as follows:

1. I am an attorney-at-law of the State of New Jersey and am a member of the firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, attorneys for defendant Feed The Children, Inc. ("FTC").

2. I make this Declaration in support of FTC's Motion to Dismiss plaintiff's Complaint with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6).

3. Annexed hereto as Exhibit A is a true and accurate copy of the Complaint.

4. Annexed hereto as Exhibit B is a true and accurate copy of the February 17, 2000 deed conveying the premises known as 1111 Corporate Road, North Brunswick, New Jersey (the "FTC

Property"), from 1111 CR Associates, LLC to FTC, recorded on February 22, 2000 in the Middlesex County Clerk's Office in Deed Book 4747, Page 845.

5. Annexed hereto as Exhibit C is a true and accurate copy of the January 1, 1996 deed by which the Pensud Company Limited Partnership conveyed the FTC Property to FTC's grantor, 1111 CR Associates, LLC, recorded in the Middlesex County Clerk's Office on May 1, 1996 in Deed Book 4320, Page 170.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on June 22, 2010.

                                                        */s/ John M. Agnello*
                                                        JOHN M. AGNELLO