**BATHGATE, WEGENER & WOLF**
*A Professional Corporation*
One Airport Road
Lakewood, New Jersey  08701
(732) 363-0666
Attorneys for Plaintiff 1101 CR NB, LLC

| | |
|---|---|
| 1101 CR NB, LLC, a New Jersey Limited Liability Company,<br><br>                     Plaintiff,<br><br>      v.<br><br>FEED THE CHILDREN, INC., an Oklahoma Not For Profit Corporation,<br><br>                     Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 3:10-cv-02811 FLW-TJB<br><br>*Civil Action*<br><br>ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM OF DEFENDANT |

      Plaintiff 1101 CR NB, LLC ("CRNB"), by way of answer to the counterclaim filed by defendant Feed the Children, Inc. ("FTC") hereby says:

### PARTIES

      1.     CRNB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1.

      2.     CRNB admits the allegations contained in Paragraph 2.

### FACTS

      3.     CRNB admits the allegations contained in Paragraph 3.

      4.     The allegations contained in Paragraph 4 are not factual in nature and, therefore, CRNB makes no answer thereto.

### NATURE OF ACTION AND RELIEF SOUGHT

      5.     The allegations contained in Paragraph 5 are not factual in nature, and, therefore CRNB makes no answer thereto.

## JURISDICTION AND VENUE

6. The allegations contained in Paragraph 6 set forth a legal conclusion to which no answer is required.

7. The allegations contained in Paragraph 7 set forth a legal conclusion to which no answer is required.

## CLAIMS FOR RELIEF

8. CRNB admits that an actual and justiciable controversy exists between CRNB and FTC regarding the existence of the implied easement by reservation and the nature, scope, location and dimensions of the implied easement. CRNB denies that the fair market value of the easement is relevant to this controversy and that any payment is due FTC by CRNB.

9. [Paragraph 9 not contained in the Counterclaim].

10. The allegations contained in Paragraph 10 set forth a legal conclusion to which no answer is required.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Counterclaim fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Counterclaim is barred by the doctrine of equitable estoppel.

### THIRD AFFIRMATIVE DEFENSE

The claim for payment by FTC is barred by the statute of frauds.

WHEREFORE, plaintiff 1101 CR NB, LLC, demands judgment in its favor dismissing the Counterclaim against it together with an award of attorney's fees and costs and such other relief as the Court deems proper.

          BATHGATE, WEGNER & WOLF, P.C.
Attorneys for the Plaintiff 1101 CR NB, LLC

By: *[signature]*
MICHAEL M. DiCICCO

DATED: February 1, 2011

## CERTIFICATION OF SERVICE

I certify that a copy of the foregoing answer to counterclaim and affirmative defenses was filed and served this 1st day of February 2011 upon the following counsel by ECF electronic filing:

John M. Agnello, Esquire
Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Attorneys for Defendant Feed the Children, Inc.

BATHGATE, WEGENER & WOLF, P.C.
Attorneys for Plaintiff 1101 CR NB, LLC

By: *[signature]*
MICHAEL M. DiCICCO

DATED: February 1, 2011

3